■ MARY J. BUCKLEY, Appellant, v STEPHEN COTUGNO et al., Respondents. [622 NYS2d 451] —Order, Supreme Court, New York County (Paula Omansky, J.), entered on February 25, 1994, unanimously affirmed for the reasons stated by Omansky, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Kupferman and Williams, JJ.